UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL MARR,

       Plaintiff,

                                         Case No. 1:07-cv-494

v.

                                         Hon. Wendell A. Miles

JOAN FIELDS,

       Defendant.

_____/

## OPINION AND ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, a state prisoner, filed this action under 42 U.S.C. § 1983. On March 3, 2008, United States Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R & R") recommending that the Court deny Defendant's Motion for Summary Judgment, in which Defendant asserted that Plaintiff had failed to exhaust his available administrative remedies.

The parties were advised of their right to file objections to the R & R. The time for filing objections to the R & R under Federal Rule of Civil Procedure 72(b) has expired, and no objections have been filed. After reviewing the R & R, the court agrees with the reasoning and recommended disposition.

Accordingly, the court ADOPTS the Magistrate Judge's Report and Recommendation (docket #20) and DENIES the defendant's Motion for Summary Judgment (docket #8). So ordered this 27th day of March, 2008.

                                                       /s/ Wendell A. Miles
                                                       Wendell A. Miles
                                                       Senior U.S. District Judge